UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-337 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MINAZALI REHMAT, | ) | |
| Defendant. | ) | |

Offense charged: Conspiracy to Commit Wire Fraud; Mail Fraud

Date of Detention Hearing: July 7, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is a citizen of Canada. He is charged by Superceding Indictment in the Northern District of Illinois, Eastern Division, Case No. 07cr574-5. He was arrested while

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

entering the United States, pursuant to a bench warrant issued in the charging District on October 16, 2008 following a failure to appear at an arraignment hearing. The defendant contends that he was not aware of the warrant and had previously been in communication with case agents, who did not inform him of the outstanding warrant.

(2) An immigration detainer has been placed by the Bureau of Immigration and Customs Enforcement.

(3) Defendant poses a risk of nonappearance due to his status as a citizen of Canada, the immigration detainer, and alleged failure to appear. He poses a risk of financial danger based on the nature of the instant charges.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. However, the charging District may wish to revisit the issue of detention when defendant appears in that district.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

|    |    |
|---|---|
| 01 | confined shall deliver the defendant to a United States Marshal for the purpose of |
| 02 | an appearance in connection with a court proceeding; and |
| 03 | (4) The clerk shall direct copies of this Order to counsel for the United States, to |
| 04 | counsel for the defendant, to the United States Marshal, and to the United States |
| 05 | Pretrial Services Officer. |
| 06 | DATED this 7th day of July, 2009. |
| 07 | s/ Mary Alice Theiler<br>United States Magistrate Judge |